PAWB FORM 25  (03/12)

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| BRUCE PATRICK CANCILLA | : | Bankruptcy No. 16-10517-TPA |
| Debtor | : | Chapter 7 |
| | : | Document No.  28 |
| Movant | : | Hearing Date & Time: October 6, 2016 at |
| M&T BANK | : | 10:30  a.m. |
| v. | : | |
| BRUCE PATRICK CANCILLA | : | |
| Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM STAY, DOCUMENT NO. 28

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 29, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 15, 2016.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.


Dated:   September 19, 2016              By:  /s/ Douglas J. Smillie
                                             Signature

                                             Douglas J. Smillie
                                             Typed Name

                                             P. O. Box 219, Center Valley, PA  18034-0219
                                             Address

                                             610-797-9000
                                             Phone No.

                                             PA 36687
                                             List Bar I.D. and State of Admission