IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 7 |
| | : | |
| BRUCE PATRICK CANCILLA | : | Case No. 16-10517-TPA |
| Debtor | : | |
| | : | |
| M&T BANK | : | |
| Movant | : | |
| v. | : | |
| | : | |
| BRUCE PATRICK CANCILLA | : | |
| Respondent | : | |

## ORDER

AND NOW, the _____ day of _____, 2016, upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2006 Chevrolet Express Van, VIN 1GCGG25V161265975; and it is further

ORDERED that the provisions of Fed.R.Bankr.P. 4001(a)(3) shall not apply.

BY THE COURT:

_____
Thomas P. Agresti, B.J.

Distribution list:

Bruce Patrick Cancilla
704 West Gore Road
Erie, PA 16509
Debtor

John C. Melaragno
502 West 7th Street
Erie, PA 16502
Trustee

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335
Attorney for Debtor

Douglas J. Smillie
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
Attorney for M&T Bank