Filed
9/20/16 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 7 |
| | : | |
| BRUCE PATRICK CANCILLA | : | Case No. 16-10517-TPA |
| Debtor | : | |
| | : | Related to Document No. 28 |
| | : | |
| M&T BANK | : | |
| Movant | : | |
| v. | : | |
| | : | |
| BRUCE PATRICK CANCILLA | : | |
| Respondent | : | |

**ORDER**

AND NOW, the  20th  day of       September      , 2016, upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2006 Chevrolet Express Van, VIN 1GCGG25V161265975.

BY THE COURT:

Thomas P. Agresti, B.J.    vas

Distribution list:

Bruce Patrick Cancilla
704 West Gore Road
Erie, PA 16509
Debtor

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335
Attorney for Debtor

John C. Melaragno
502 West 7th Street
Erie, PA 16502
Trustee

Douglas J. Smillie
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
Attorney for M&T Bank

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bruce Patrick Cancilla  
     Debtor

Case No. 16-10517-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: jbre                    Page 1 of 1                   Date Rcvd: Sep 20, 2016  
                  Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2016.  
db        +Bruce Patrick Cancilla,    704 West Gore Road,    Erie, PA 16509-2260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2016 at the address(es) listed below:  
          Daniel P. Foster    on behalf of Debtor Bruce Patrick Cancilla dan@mrdebtbuster.com,  
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          Douglas  Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,    ccharlton@flblaw.com  
          John C. Melaragno, Trustee    johnm@mplegal.com,  
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                                                                                 TOTAL: 5