Case 16-10517-TPA   Doc 42   Filed 10/07/16   Entered 10/08/16 01:05:58   Desc Imaged
Certificate of Notice   Page 1 of 3

FILED
10/5/16 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bruce Patrick Cancilla<br>　　　　Debtor | |
| Nationstar Mortgage LLC,<br>its successors and/or assigns<br>　　　　Movant<br>　　v.<br>Bruce Patrick Cancilla<br>　　　　Respondent<br>　　and<br>John C. Melaragno, Trustee<br>　　　　Additional Respondent | BK. NO. 16-10517 TPA<br><br>CHAPTER 7<br>Related to Docket #____31____ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 5th day of October, 2016, at Erie, upon Motion of Nationstar Mortgage LLC, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 704 West Gore Road, Erie, Pa 16509 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

vas

Case 16-10517-TPA    Doc 42    Filed 10/07/16    Entered 10/08/16 01:05:58    Desc Imaged
Certificate of Notice    Page 2 of 3

Bruce Patrick Cancilla
704 West Gore Rd
Erie, PA 16509

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

John C. Melaragno
502 West 7th Street
Erie, PA 16502


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-10517-TPA
Bruce Patrick Cancilla                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: culy    Page 1 of 1    Date Rcvd: Oct 05, 2016
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db             +Bruce Patrick Cancilla,    704 West Gore Road,    Erie, PA 16509-2260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor Bruce Patrick Cancilla dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Douglas  Smillie    on behalf of Creditor   M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
        John C. Melaragno, Trustee    johnm@mplegal.com,
        jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
        Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                TOTAL: 5